UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GUSTAVO LIZARAZO,

      Plaintiff,

v.                                         Case No. 16-20558-CIV-UU

MIAMI-DADE COUNTY; TIMOTHY P.
RYAN, in his official capacity as Director
of the Miami-Dade Corrections and Rehabilitation
Department; CONRAD GREAVES, JR., in his
individual capacity; JEFFRY MONTEALEGRE,
in his individual capacity; CALVIN HOWARD,
in his individual capacity; and SAMUEL
MENARD, in his individual capacity.

      Defendants.
_____/

**MOTION TO REOPEN CASE AND TO SUBSTITUTE
PLAINTIFF AND INCORPORATED MEMORANDUM OF LAW**

      GUSTAVO ANTONIO LIZARAZO, as anticipated Personal Representative of the Estate of GUSTAVO ADOLFO LIZARAZO, by and through undersigned counsel and pursuant to the Court's Order dated December 29, 2016, [DE 78], hereby moves the Court to Re-open this case, to substitute Gustavo Antonio Lizarazo as Personal Representative of the Estate of Gustavo Adolfo Lizarazo as the Plaintiff, and to enter a new Scheduling or Case Management Order for the continuation of proceedings in this matter. In support of said Motion, Movant respectfully shows the Court as follows:

      1.     Plaintiff, GUSTAVO ADOLFO LIZARAZO, passed away unexpectedly on November 18, 2016. See Certificate of Death, attached hereto as Exhibit 1.

2. Probate proceedings have been initiated in San Diego County, California, and it is anticipated that Movant, Gustavo Antonio Lizarazo, will be appointed as Personal Representative of the Estate of GUSTAVO ADOLFO LIZARAZO, on March 30, 2017. Third Declaration of Robert V. Shabkie, attached hereto as Exhibit 2.

3. Plaintiff has complied with the Court's December 29, 2016, Order in all respects, including filing status reports on January 27, 2017 [DE 79], February 24, 2017 [DE 80], and March 27, 2017 [DE 85].

4. This Motion is being filed in an abundance of caution before the expiration of the stay imposed by the Court's December 29, 2016 Order [DE 78] and Movant's Counsel will supplement this Motion with copies of the Letters of Administration upon receipt.

5. Pursuant to Local Rule 7.1(a)(3), Plaintiff's counsel has conferred with counsel for Defendants on this Motion and shows that Defendants are opposed to the relief sought.

6. A proposed Order granting the relief requested is attached.

## MEMORANDUM OF LAW

Pursuant to Rule 25(a)(1), Federal Rules of Civil Procedure:

If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

In order to determine whether a claim under 42 U.S.C. §1983 is extinguished by the death of the Plaintiff, the courts must look to state law because Section 1983 is silent on the matter. *See Pritchard v. Smith*, 289 F.2d 153, 155-57 (8th Cir. 1961) (citing 42 U.S.C. §1988). Florida law is clear on this issue. Pursuant to Fla. Stat. §46.021, "No cause of action dies with the person. All causes of action survive and may be commenced, prosecuted, and defended in the

name of the person prescribed by law." Therefore, the Plaintiff's claims pursuant to 42 U.S.C. § 1983 are not extinguished by his death in the instant case.

This Court should allow substitution consistent with this Court's Order Staying Proceedings and Federal Rule of Civil Procedure 25. Courts have found consistently that the intent of the Rule was to allow for ease of substitution and that the Rule should be construed liberally in favor of allowing substitution of parties. *See, e.g.*, *Williams v. Scott*, No. 07-22617-Civ-UNGARO-BENAGES, 2010 U.S. Dist. LEXIS 141094, *7-12 (S.D. Fla. Sept. 2, 2010). *See also Kernisant v. City of NY*, No. 98-CV-7685, 2005 U.S. Dist. LEXIS 2717, *30 (E.D.N.Y. Jan. 19, 2005). As argued in Plaintiff's Reply to Defendants' Response in Opposition to Plaintiff's Motion for Extension of Stay of Proceedings [DE 84], Plaintiff's Motion to Substitute is not untimely due to (1) Defendants' failure to serve the Suggestion of Death on decedent's mother, who was one of two successors of decedent at a time when a personal representative had not been appointed and it was uncertain who would be appointed; and (2) the Court's *de facto* extension pursuant to the December 29, 2016 Order [DE 78]. If, however, the Court disagrees with Plaintiff's position as to timeliness, Plaintiff's Motion for Substitution should be granted despite being made after February 27, 2017, due to excusable neglect, as set forth in Plaintiff's Reply to Defendants' Response in Opposition to Plaintiff's Motion for Extension of Stay of Proceedings [DE 84].

WHEREFORE, Plaintiff respectfully moves this Court for an Order Re-opening proceedings, substituting Gustavo Antonio Lizarazo, as Personal Representative of the Estate of Gustavo Adolfo Lizarazo, as the Plaintiff in this matter, as well as a revised Scheduling or Case Management Order for further proceedings in this case.

Dated this  28th  day of  March   2017.

s/ Jennifer M. Clark
**NATHAN M. WHEAT**
Fla. Bar No.: 86602
nwheat@mmhlaw.com
**JENNIFER M. CLARK**
Fla. Bar No. 22434
jclark@mmhlaw.com
**MURRAY, MORIN & HERMAN, P.A.**
101 E. Kennedy Boulevard., Suite 1810
Tampa, Florida  33602-5148
Telephone: (813) 222-1800
Facsimile:  (813) 222-1801
*Counsel for Gustavo Antonio Lizarazo*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or e-mail.

s/ Jennifer M. Clark
**JENNIFER M. CLARK**
Fla. Bar No.: 22434
jclark@mmhlaw.com
**MURRAY, MORIN & HERMAN, P.A.**
101 E. Kennedy Boulevard., Suite 1810
Tampa, Florida  33602-5148
Telephone: (813) 222-1800
Facsimile:  (813) 222-1801
*Counsel for Gustavo Antonio Lizarazo*

## SERVICE LIST

Daija Page Lifshitz, Esq.
Assistant County Attorney
Email: daija@miamidade.gov
Bernard Pastor, Esq.
Assistant County Attorney
Email: pastor@miamidade.gov
Erica Zaron, Esq.
Email: zaron@miamidade.gov
*Counsel for Defendants*